Broderick, V.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT BERG, Individually and On Behalf of All Others Similarly Situated,      ) | |
| )  | |
| ) | |
|     Plaintiff,   ) | |
| ) | Case No. 1:17-cv-05877-VSB |
| v.    ) | |
| ) | |
| BANKRATE, INC., KENNETH S.   ) | CLASS ACTION |
| ESTEROW, PETER C. MORSE, SETH   ) | |
| BRODY, MICHAEL J. KELLY, SREE   ) | |
| KOTAY, CHRISTINE PETERSEN,   ) | |
| RICHARD PINOLA, MITCH TRUWIT,   ) | |
| RED VENTURES HOLCO, LP, and BATON   ) | |
| MERGER CORP.,   ) | |
| ) | |
|     Defendants.   ) | |

## STIPULATION TO DISMISS ACTION AS MOOT AND RETAINING JURISDICTION TO DETERMINE PLAINTIFF'S COUNSEL'S POTENTIAL APPLICATION FOR FEES AND EXPENSES

**WHEREAS**, on August 3, 2017, Plaintiff Robert Berg filed a putative Class Action Complaint (the "Complaint") in the captioned action (the "Action") alleging violations of the Securities Exchange Act of 1934 (the "Exchange Act");

**WHEREAS**, the Complaint asserts a claim against Bankrate, Inc. ("Bankrate") and the members of its board of directors under Section 14(a) of the Exchange Act and Rule 14a-9 promulgated thereunder as well as a claim against the directors and Red Ventures Holdco, LP and Baton Merger Corp. under Section 20(a) of the Exchange Act with respect to certain public disclosures made by Bankrate in the preliminary proxy statement filed with the U.S. Securities and Exchange Commission (the "SEC") on July 28, 2017 (the "Preliminary Proxy") in connection with the proposed acquisition of Bankrate by Red Ventures Holdco, LP (the "Proposed Transaction");

**WHEREAS,** on August 23, 2017, the Court entered an order consolidating this action with the action captioned *Garcia* v. *Bankrate, Inc.*, Case No. 1:17-5844-VSB;

**WHEREAS**, subsequent to the filing of the Complaint, counsel for the parties engaged in arm's-length negotiations in an effort to resolve Plaintiff's claims;

**WHEREAS**, following these negotiations, on August 31, 2017, Bankrate filed a Form 8-K with the SEC, which contained certain supplemental disclosures related to the Proposed Transaction (the "Supplemental Disclosures"), which Plaintiff believes addressed and mooted his claims regarding the sufficiency of the disclosures in the Preliminary Proxy;

**WHEREAS**, Plaintiff asserts that the prosecution of the Action caused Bankrate to file the Supplemental Disclosures and that Plaintiff's counsel have the right to seek and recover attorneys' fees and expenses in connection with a claimed common benefit provided to Bankrate's shareholders as a result of the filing of the Supplemental Disclosures, and Plaintiff's counsel have informed Defendants that if their claim for fees and expenses cannot be resolved through negotiations between counsel for Plaintiff and Defendants, Plaintiff intends to petition the Court for such fees and expenses (the "Fee and Expense Application");

**WHEREAS,** the parties agree that should a Fee and Expense Application prove necessary, Plaintiff in the Action and the plaintiff in the Garcia action shall file a joint application;

**WHEREAS**, Defendants deny that the Supplemental Disclosures contained any additional material facts that were required to be disclosed by any applicable law to Bankrate's shareholders with respect to the Proposed Transaction and deny that any claim asserted in the Complaint is or was ever meritorious;

**WHEREAS**, Defendants reserve the right to oppose any Fee and Expense Application

2

that Plaintiff may choose to file;

**WHEREAS**, Plaintiff believes and contends that the Supplemental Disclosures mooted the claims set forth in the Complaint, and that any remaining claims are so unlikely to be successful as to warrant dismissal;

**WHEREAS**, for the avoidance of doubt, no compensation in any form has passed directly or indirectly to Plaintiff or his attorneys, and no promise, understanding, or agreement to give any such compensation has been made; nor have the parties had any discussions concerning the amount of any attorneys' fees and expenses;

**WHEREAS**, Plaintiff's counsel wishes to dismiss the Complaint with prejudice as to Plaintiff and without prejudice as to the unnamed members of the putative class;

**WHEREAS**, the parties agree that if they are unable to reach an agreement concerning the amount of any attorneys' fees and expenses to be paid to Plaintiff's counsel, this Court should retain jurisdiction over the prospective Fee and Expense Application; and

**WHEREAS**, no class has been certified in this action.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED** by the undersigned parties, through their attorneys and subject to the Court's approval, that:

1. Notice is hereby given that pursuant to Rule 41(a)(l)(A) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses this action as moot.

2. The claims pleaded in the Complaint are dismissed with prejudice as to Plaintiff and without prejudice as to the unnamed members of the putative class.

3. This Court shall retain jurisdiction over the parties in the Action solely for the purpose of adjudicating the prospective Fee and Expense Application, should such an application prove necessary.

3

4.    This Order is entered without prejudice to any defense or arguments any party may assert with respect to the Fee and Expense Application or any matter related thereto, which includes Defendants' right to challenge the basis for, as well as the amount of, the Fee and Expense Application.

Dated: September 8, 2017

/s/ Timothy J. MacFall
Timothy J. MacFall
RIGRODSKY & LONG, P.A.
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Tel.: (516) 683-3516

Brian D. Long
Gina M. Serra
RIGRODSKY & LONG, P.A.
2 Righter Parkway, Suite 120
Wilmington, DE 19803
Tel.: (302) 295-5310

*Attorneys for Plaintiff*

/s/ Bradley R. Wilson
Bradley R. Wilson
WACHTELL, LIPTON, ROSEN &
KATZ
51 West 52nd Street
New York, NY 10019
Tel.: (212) 403-1108

*Attorneys for Bankrate, Inc., Seth Brody, Kenneth S. Esterow, Michael J. Kelly, Sree Kotay, Peter C. Morse, Christine Petersen, Richard Pinola, and Mitch Truwit*

/s/ Alexis S. Coll-Very
Alexis S. Coll-Very
SIMPSON THACHER & BARTLETT
LLP
425 Lexington Avenue
New York, NY 10017
Tel.: (212) 455-2000

*Attorneys for Red Ventures Holdco, LP and Baton Merger Corp.*

**SO ORDERED:**

HON. VERNON S. BRODERICK  9/19/2017
**UNITED STATES DISTRICT JUDGE**

4

4.      This Order is entered without prejudice to any defense or arguments any party may assert with respect to the Fee and Expense Application or any matter related thereto, which includes Defendants' right to challenge the basis for, as well as the amount of, the Fee and Expense Application.

Dated: September 8, 2017

/s/ Timothy J. MacFall
Timothy J. MacFall
RIGRODSKY & LONG, P.A.
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Tel.: (516) 683-3516

Brian D. Long
Gina M. Serra
RIGRODSKY & LONG, P.A.
2 Righter Parkway, Suite 120
Wilmington, DE 19803
Tel.: (302) 295-5310

Attorneys for Plaintiff

/s/ Bradley R. Wilson
Bradley R. Wilson
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Tel.: (212) 403-1108

Attorneys for Bankrate, Inc., Seth Brody, Kenneth S. Esterow, Michael J. Kelly, Sree Kotay, Peter C. Morse, Christine Petersen, Richard Pinola, and Mitch Truwit

/s/ Alexis S. Coll-Very
Alexis S. Coll-Very
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Tel.: (212) 455-2000

Attorneys for Red Ventures Holdco, LP and Baton Merger Corp.

SO ORDERED:

_____
U.S.D.J.

4

4.      This Order is entered without prejudice to any defense or arguments any party may assert with respect to the Fee and Expense Application or any matter related thereto, which includes Defendants' right to challenge the basis for, as well as the amount of, the Fee and Expense Application.

Dated: September 8, 2017

/s/ Timothy J. MacFall

Timothy J. MacFall
RIGRODSKY & LONG, P.A.
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Tel.: (516) 683-3516

Brian D. Long
Gina M. Serra
RIGRODSKY & LONG, P.A.
2 Righter Parkway, Suite 120
Wilmington, DE 19803
Tel.: (302) 295-5310

Attorneys for Plaintiff

/s/ Bradley R. Wilson

Bradley R. Wilson
WACHTELL, LIPTON, ROSEN &
KATZ
51 West 52nd Street
New York, NY 10019
Tel.: (212) 403-1108

Attorneys for Bankrate, Inc., Seth Brody, Kenneth S. Esterow, Michael J. Kelly, Sree Kotay, Peter C. Morse, Christine Petersen, Richard Pinola, and Mitch Truwit



/s/ Alexis S. Coll-Very

Alexis S. Coll-Very
SIMPSON THACHER & BARTLETT
LLP
425 Lexington Avenue
New York, NY 10017
Tel.: (212) 455-2000

Attorneys for Red Ventures Holdco, LP and Baton Merger Corp.

SO ORDERED:

_____
U.S.D.J.

4